# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DARRYL BERNARD KING,

    Plaintiff,

v.                                                  Case No: 6:19-cv-853-Orl-40GJK

SAILORMEN, INC. and THE ZENITH,

    Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) filed on May 3, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 10, 2019 (Doc. 6), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3. The case is **DISMISSED without prejudice**. Plaintiff may file an amended complaint on or before June 12, 2019, along with a renewed motion to proceed *in forma pauperis*. Failure to file an amended complaint by June 12, 2019, will result in dismissal of this case without further notice.

**DONE AND ORDERED** in Orlando, Florida on May 22, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties